IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMESHIA "TAMMY" KARDAR, <br><br> Plaintiff, <br><br> vs. <br><br> ATLANTA EDUCATIONAL TELECOMMUNICATIONS COLLABORATIVE, INC. d/b/a PUBLIC BROADCASTING ATLANTA, <br><br> Defendant. | Civil Action File No. <br> 1:15-cv-04109-ELR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., the parties stipulate and agree to the dismissal of Plaintiff Tameshia "Tammy" Kardar's case with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted this 17th day of July, 2017.

| | |
|---|---|
| */s/ Charles R. Bridgers* w/ express permission <br> Charles R. Bridgers <br> DELONG CALDWELL BRIDGERS <br> FITZPATRICK & BENJAMIN <br> 3100 Centennial Tower / 101 Marietta St. <br> Atlanta, Georgia 30303 <br><br> **Counsel for Plaintiff** | */s/ C. Todd Van Dyke* <br> C. Todd Van Dyke <br> Georgia Bar No. 723420 <br> JACKSON LEWIS P.C. <br> 1155 Peachtree Street, Suite 1000 <br> Atlanta, Georgia 30309 <br><br> **Counsel for Defendant** |

## **CERTIFICATION**

In accordance with LR 5.1C, NDGa, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMESHIA "TAMMY" KARDAR, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action File No. 1:15-cv-04109-ELR |
| vs. | ) ) | |
| ATLANTA EDUCATIONAL TELECOMMUNICATIONS COLLABORATIVE, INC. d/b/a PUBLIC BROADCASTING ATLANTA, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court via the Court's CM/ECF system, which will automatically serve the following counsel of record:

> Charles R. Bridgers
> Delong Caldwell Bridgers Fitzpatrick & Benjamin
> 3100 Centennial Tower / 101 Marietta Street
> Atlanta, Georgia 30303

This 17th day of July, 2017.

>>> */s/ C. Todd Van Dyke*
>>> C. Todd Van Dyke

4850-5401-5819, v. 1